UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

| | | | |
|---|---|---|---|
| **CIVIL MINUTES - GENERAL** JS-6 |

| Case No. | EDCV 12-308 CAS (DTBx) | Date | April 27, 2012 |
|---|---|---|---|
| Title | WERNER A. ZANDER, ET AL. v. USA RESIDENTIAL PROPERTIES LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORDER REMANDING ACTION TO SAN BERNARDINO SUPERIOR COURT

  On February 28, 2012, defendants USA Residential Properties, LLC and Northwest Trustee Services, Inc. filed a notice of removal in the above-captioned case on the basis of federal question pursuant to 28 U.S.C. §§ 1331, 1441(b). On March 9, 2012, plaintiffs filed their first amended complaint ("FAC"). The FAC joined First American Title Insurance Company, a California citizen, and asserted that "[t]his Quiet Title Action is limited to California State Law." FAC ¶ 4.

  On April 2, 2012, the Court ordered defendants to show cause why the action should not be remanded for lack of subject matter jurisdiction in light of plaintiffs' FAC. On April 3, 2012, plaintiffs filed a motion to remand and requested attorneys' fees and costs. On April 18 and 19, 2012, defendants filed responses to the Court's order to show cause in which they stated that they did not oppose remanding of the action, but did oppose plaintiffs' motion insofar as it sought attorneys' fees and costs. Dkt. Nos. 18–19.

  The Court hereby REMANDS the case to the San Bernardino County Superior Court. Plaintiffs' request for attorneys' fees and costs is DENIED.

  IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |